# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140561

JOSEPH F. OLIVARES,
          Plaintiff-Appellant,

v

                                              SC: 140561
                                              COA: 294722

WORKERS COMPENSATION MAGISTRATE,  WCAC: 01-000006
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 5, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

_____
Clerk

d0419